# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 12-00155-01-CR-W-BP |
| ) | |
| ARMANDO P. GAITAN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This case comes before the Court on Defendant Armando P. Gaitan's Motion for Determination of Competency. (Doc. 20.) United States Magistrate Judge Robert E. Larsen has recommended that this Court enter an Order finding Defendant incompetent to stand trial and assist in his defense, and committing him to the custody of the Attorney General for hospitalization and treatment pursuant to 18 U.S.C. § 4241(d). (Doc. 27.) Neither party objects to this recommendation.

After an independent and careful review, the Court hereby ADOPTS Judge Larsen's Report and Recommendation. The Court hereby finds Defendant incompetent to stand trial and assist in his defense, and it commits Defendant to the custody of the Attorney General for hospitalization and treatement.

**IT IS SO ORDERED.**

/s/ Beth Phillips
BETH PHILLIPS, JUDGE
UNITED STATES DISTRICT COURT

DATE: March 22, 2013